UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MICHAEL BROWN,

               Plaintiff,                                          JUDGMENT
                                                                     25-cv-1685 (BMC)

    v.

EDUARDO VALDEZ, CAPITAL GRIND
LLC,

               Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on April 1, 2025, dismissing this case for lack of subject matter jurisdiction; it is

        ORDERED and ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, NY  
       April 2, 2025

                                                                               Brenna B. Mahoney  
                                                                                Clerk of Court

                                                                                By: */s/Jalitza Poveda*  
                                                                                      Deputy Clerk